461 A.2d 884

Commonwealth v. Bryant, Appellant.

Petition for Allowance of Appeal Denied Nov. 9, 1983.

Submitted February 22, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Judgment of sentence affirmed.